IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRETT M. SHIRING

        DEBTOR

:
:    CASE NO. 25-23148-CMB
:
:    CHAPTER 13
:
:

PROOF OF INCOME

Filed on behalf of:
Brett M. Shiring

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com



DICK'S Sporting Goods, Inc.   345 Court Street Coraopolis, PA 15108   (724) 273-3012
Brett Shiring   5301 Spring Valley Drive Pittsburgh, PA 15236

| Name | Company | Teammate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brett Shiring | DICK'S Sporting Goods, Inc. | | 09/21/2025 | 10/04/2025 | 10/10/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,435.94 | 0.00 | 906.37 | 20.42 | 2,509.15 |
| YTD | 1,520.00 | 81,148.56 | 0.00 | 22,133.11 | 423.07 | 58,592.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Bonus (ANE | | | 0 | | 0 | 10,544.65 |
| Birthday Holiday (HI | | | 0 | | 8 | 333.59 |
| Holiday (HOL) | | | 0 | | 32 | 1,339.39 |
| Personal (PER) | 09/21/2025 - 10/04/2025 | 8 | 42.949 | 343.60 | 8 | 343.60 |
| Regular (REG) | | | 0 | | 1368 | 57,458.78 |
| Regular Salary | 09/21/2025 - 10/04/2025 | 72 | 0 | 3,092.34 | 152 | 6,528.27 |
| Vacation (VAC) | | | 0 | | 112 | 4,600.28 |
| Earnings | | | | 3,435.94 | | 81,148.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security (EE) | 214.03 | 5,051.74 |
| Medicare | 50.06 | 1,181.46 |
| Federal Withholding | 473.31 | 11,916.34 |
| State Tax - PA | 105.92 | 2,500.27 |
| SUI-Teammate Paid - PA | 2.40 | 56.80 |
| City Tax - FNDLY | 58.65 | 1,384.50 |
| PA LST - FNDLY | 2.00 | 42.00 |
| Employee Taxes | 906.37 | 22,133.11 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Health Club Membership Dues (FITNSS) | 8.00 | 168.00 |
| SupLife-Salaried (SUPLIF) | 12.42 | 255.07 |
| Post Tax Deductions | 20.42 | 423.07 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D (AD&D) | 0.50 | 10.25 |
| Basic Life (BASLIF) | 3.07 | 63.07 |
| Long-Term Disability (LTD) | 7.46 | 153.28 |
| Employer Paid Benefits | 11.03 | 226.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,452.10 | 81,479.67 |
| Medicare - Taxable Wages | 3,452.10 | 81,479.67 |
| Federal Withholding - Taxable Wages | 3,452.10 | 81,479.67 |
| State Tax Taxable Wages - PA | 3,450.25 | 81,442.64 |
| City Tax Taxable Wages - FNDLY | 3,450.25 | 81,442.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Day Time Off Plan | 0 | 8 | 16 |
| Vacation Time Off Plan | 6.154 | 0 | 99.08 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******5228 | ******5228 | | 2,509.15 USD |



DICK'S Sporting Goods, Inc.   345 Court Street Coraopolis, PA 15108   (724) 273-3012
Brett Shiring   5301 Spring Valley Drive Pittsburgh, PA 15236

| Name | Company | Teammate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brett Shiring | DICK'S Sporting Goods, Inc. | | 10/05/2025 | 10/18/2025 | 10/24/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,435.93 | 0.00 | 906.37 | 20.42 | 2,509.14 |
| YTD | 1,600.00 | 84,584.49 | 0.00 | 23,039.48 | 443.49 | 61,101.52 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Annual Bonus (ANE | | | 0 | | 0 | 10,544.65 | Social Security (EE) | 214.03 | 5,265.77 |
| Birthday Holiday (HI | | | 0 | | 8 | 333.59 | Medicare | 50.05 | 1,231.51 |
| Holiday (HOL) | | | 0 | | 32 | 1,339.39 | Federal Withholding | 473.31 | 12,389.65 |
| Personal (PER) | | | 0 | | 8 | 343.60 | State Tax - PA | 105.92 | 2,606.19 |
| Regular (REG) | | | 0 | | 1368 | 57,458.78 | SUI-Teammate Paid - PA | 2.41 | 59.21 |
| Regular Salary | 10/05/2025 - 10/18/2025 | 80 | 0 | 3,435.93 | 232 | 9,964.20 | City Tax - FNDLY | 58.65 | 1,443.15 |
| Vacation (VAC) | | | 0 | | 112 | 4,600.28 | PA LST - FNDLY | 2.00 | 44.00 |
| Earnings | | | | 3,435.93 | | 84,584.49 | Employee Taxes | 906.37 | 23,039.48 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Health Club Membership Dues (FITNSS) | 8.00 | 176.00 |
| SupLife-Salaried (SUPLIF) | 12.42 | 267.49 |
| Post Tax Deductions | 20.42 | 443.49 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| AD&D (AD&D) | 0.50 | 10.75 | OASDI - Taxable Wages | 3,452.09 | 84,931.76 |
| Basic Life (BASLIF) | 3.07 | 66.14 | Medicare - Taxable Wages | 3,452.09 | 84,931.76 |
| Long-Term Disability (LTD) | 7.46 | 160.74 | Federal Withholding - Taxable Wages | 3,452.09 | 84,931.76 |
| | | | State Tax Taxable Wages - PA | 3,450.24 | 84,892.88 |
| Employer Paid Benefits | 11.03 | 237.63 | City Tax Taxable Wages - FNDLY | 3,450.24 | 84,892.88 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 1 | 0 | Personal Day Time Off Plan | 0 | 0 | 16 |
| Total Dependent Amount | 0 | | Vacation Time Off Plan | 6.154 | 0 | 105.234 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC Bank | PNC Bank ******5228 | ******5228 | | 2,509.14 USD |



DICK'S Sporting Goods, Inc.  345 Court Street Coraopolis, PA 15108  (724) 273-3012
Brett Shiring  5301 Spring Valley Drive Pittsburgh, PA 15236

| Name | Company | Teammate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Brett Shiring | DICK'S Sporting Goods, Inc. | | 10/19/2025 | 11/01/2025 | 11/07/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,435.93 | 0.00 | 906.37 | 20.42 | 2,509.14 |
| YTD | 1,680.00 | 88,020.42 | 0.00 | 23,945.85 | 463.91 | 63,610.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Bonus (ANB | | | 0 | 0 | | 10,544.65 |
| Birthday Holiday (HI | | | 0 | | 8 | 333.59 |
| Holiday (HOL) | | | 0 | | 32 | 1,339.39 |
| Personal (PER) | | | 0 | | 8 | 343.60 |
| Regular (REG) | | | 0 | | 1368 | 57,458.78 |
| Regular Salary | 10/19/2025 - 11/01/2025 | 80 | 0 | 3,435.93 | 312 | 13,400.13 |
| Vacation (VAC) | | | 0 | | 112 | 4,600.28 |
| Earnings | | | | 3,435.93 | | 88,020.42 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security (EE) | 214.03 | 5,479.80 |
| Medicare | 50.06 | 1,281.57 |
| Federal Withholding | 473.31 | 12,862.96 |
| State Tax - PA | 105.92 | 2,712.11 |
| SUI-Teammate Paid - PA | 2.40 | 61.61 |
| City Tax - FNDLY | 58.65 | 1,501.80 |
| PA LST - FNDLY | 2.00 | 46.00 |
| Employee Taxes | 906.37 | 23,945.85 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Health Club Membership Dues (FITNSS) | 8.00 | 184.00 |
| SupLife-Salaried (SUPLIF) | 12.42 | 279.91 |
| Post Tax Deductions | 20.42 | 463.91 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D (AD&D) | 0.50 | 11.25 |
| Basic Life (BASLIF) | 3.07 | 69.21 |
| Long-Term Disability (LTD) | 7.46 | 168.20 |
| Employer Paid Benefits | 11.03 | 248.66 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,452.09 | 88,383.85 |
| Medicare - Taxable Wages | 3,452.09 | 88,383.85 |
| Federal Withholding - Taxable Wages | 3,452.09 | 88,383.85 |
| State Tax Taxable Wages - PA | 3,450.24 | 88,343.12 |
| City Tax Taxable Wages - FNDLY | 3,450.24 | 88,343.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Personal Day Time Off Plan | 0 | 0 | 16 |
| Vacation Time Off Plan | 6.154 | 0 | 111.388 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******5228 | ******5228 | | 2,509.14  USD |