**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-23148 |
| **Brett M. Shiring** | : | Chapter 13 |
| | : | Judge Carlota M. Bohm |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Related Document # |
| Movant, | : | |
| | : | |
| **No Respondent(s).** | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-000577_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-23148 |
| **Brett M. Shiring** | : Chapter 13 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| | : |
| Movant, | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    I certify under penalty of perjury that I caused the Notice of Appearance and Request for Notices to be served on the parties at the addresses specified below or on the attached list on (date) __01/13/2026__.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Michael C. Eisen, Attorney for Brett M. Shiring, attorneyeisen@yahoo.com

Service by First-Class Mail:
Brett M. Shiring, 5301 Spring Valley Drive, Pittsburgh, PA  15236

EXECUTED ON: January 13, 2026

By: __/s/ Adam B. Hall__
Signature
Adam B. Hall, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323867
List Bar I.D. and State of Admission

26-000577_PS