**PROCEEDING MEMO**

**Date:  07/21/2026 11:30 AM**

**In re:     Brett M. Shiring**

**Bankruptcy No.  25-23148-CMB**
**Chapter:  13**
**Doc. #  33**

**Appearances:  Milos Gvozdenovic**
**Kate DeSimone**
**Michael Eisen**

**Nature of Proceeding:  #33 Motion For Relief From Automatic Stay and Co-Debtor Relief As To Sharie Marie Shiring and Waiver of 14-Day Stay Under Fed.Bankr.Rule 4001(a)(3)**
**#36 - Debtor's Response to Motion for Relief From Automatic Stay**

Per Atty. Gvozdenovic, Debtor's Chapter 13 Plan provides that a co-owner of the property would be paying for the property. The non-filing co-debtor fell behind on payments. The loan is now substantially current. The non-filing co-debtor seems to want nothing to do with the bankruptcy, so it would make sense to grant the motion.

Per Atty. Eisen, the husband and wife keep things separate. The wife thought the vehicle was being paid through the bankruptcy. When she found out it was not being paid, she caught up on payments and plans on paying on it going forward. He believes that there is equity in the vehicle. He asks that the motion be denied.

OUTCOME: Motion is denied. Order to be entered.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
7/21/26 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA