IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 25-23148-CMB |
| Brett M. Shiring | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Truist Bank | : | Related to Docket No. 33 |
|     Movant | : | |
| | : | |
| v. | : | |
| Brett M. Shiring | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondents | : | |

## ORDER OF COURT

AND NOW, to-wit, this _____21st_____ day of _____July_____, 2026, upon consideration of Movant, Truist Bank's, Motion for Relief from Stay and Debtor's Response thereto, it is hereby:

ORDERED, ADJUDGED and DECREED that the Movant's Motion for Relief from Stay is DENIED.

BY THE COURT:

_____
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
7/21/26 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-23148-CMB

Brett M. Shiring                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID                       Recipient Name and Address**
db                          + Brett M. Shiring, 5301 Spring Valley Drive, Pittsburgh, PA 15236-1715

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name                              Email Address**

Adam Bradley Hall

    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael C. Eisen

    on behalf of Debtor Brett M. Shiring attorneyeisen@yahoo.com  aarin96@hotmail.com

Milos Gvozdenovic

    on behalf of Creditor Truist Bank mgvozdenovic@weltman.com  pitecf@weltman.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Jul 21, 2026                       Form ID: pdf900                               Total Noticed: 1

Richard Monti

on behalf of Creditor Borough of Whitehall rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8